PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

**FILED**

Sep 08, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF:<br><br>ALL FUNDS MAINTAINED AT UMPQUA BANK ACCOUNT NUMBER 4863921948, HELD IN THE NAME OF SANTARA TECHNOLOGY SOLUTIONS, INC.,<br><br>ALL FUNDS MAINTAINED AT SAFE CREDIT UNION ACCOUNT NUMBER 822910 (9), HELD IN THE NAME OF COYOTE RIDGE OUTFITTERS, INC.,<br><br>ALL FUNDS MAINTAINED AT BANK OF AMERICA ACCOUNT NUMBER 5010 1714 7633, HELD IN THE NAME OF WASHINGTON SINCLAIR TECHNOLOGIES, INC.,<br><br>ALL FUNDS MAINTAINED AT 1ST BANK, A DIVISION OF GLACIER BANK, ACCOUNT NUMBER 910600008915, HELD IN THE NAME OF OAKRIDGE MANAGEMENT GROUP, AND<br><br>ALL FUNDS MAINTAINED AT EL DORADO SAVINGS BANK ACCOUNT NUMBER 0053012902, HELD IN THE NAME OF MADRONE VENTURES, INC.,<br><br>                     Defendants. | CASE NUMBER:<br>2:17-SW-0956-EFB<br>2:17-SW-0957-EFB<br>2:17-SW-0958-EFB<br>2:17-SW-0959-EFB<br>2:17-SW-0960-EFB<br><br><br>ORDER RE: REQUEST TO UNSEAL DOCUMENTS |

Upon application of the United States of America and good cause having been shown, IT IS

HEREBY ORDERED that the seizure warrants and seizure warrant affidavits in the above captioned

///

1

proceedings be and are hereby unsealed.

Date: September 8, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Order Re: Request to Unseal Documents